IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARLOS CHACON, | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | Case No. 1:12-CV-226-SS |
| | § | |
| THE CITY OF AUSTIN TEXAS, | § | |
| OFFICER ERIC COPELAND and | § | |
| OFFICER RUSSELL ROSE, | § | |
|     Defendants | § | |

## DEFENDANTS ROSE'S AND COPELAND'S NOTICE OF INTERLOCUTORY APPEAL

TO THE HONORABLE SAM SPARKS, UNITED STATES DISTRICT JUDGE:

Notice is hereby given that Defendants, Russell Rose and Eric Copeland, appeal to the United States Court of Appeals for the Fifth Circuit, from the Order entered by the district court on May 21, 2013, denying summary judgment, based upon Defendants' entitlement to the affirmative defense of qualified immunity for claims brought against them under 42 U.S.C. §1983. This appeal is filed pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, and pursuant to 28 U.S.C. § 1291, under the collateral order doctrine.

Defendants Rose and Copeland will be the appellants in the appeal before the United States Court of Appeals for the Fifth Circuit.

        RESPECTFULLY SUBMITTED,

        KAREN M. KENNARD, CITY ATTORNEY
        MEGHAN L. RILEY, CHIEF, LITIGATION


        \s\ Christopher Coppola
        CHRISTOPHER COPPOLA
        Assistant City Attorney
        State Bar No. 24036401
        City of Austin-Law Department
        Post Office Box 1546
        Austin, Texas 78767-1546
        (512) 974-2161
        (512) 974-1311 [FAX]

        ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing *Defendants Rose's and Copeland's Notice of Interlocutory Appeal* on all parties, or their attorneys of record, in compliance with the Federal Rules of Civil Procedure, this 12th day of June, 2013.

**Via electronic filing system of the Court:**
Broadus A. Spivey
Law Offices of Broadus A. Spivey
48 East Avenue
Austin, TX  78701

**Via Regular U.S. Mail:**
Richard C. Fry
48 East Avenue
Austin, TX  78701

        \s\ Christopher Coppola
        CHRISTOPHER COPPOLA